IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| **COURTHOUSE NEWS SERVICE**, <br><br> Plaintiff, <br><br> v. <br><br> **JOAN M. GILMER**, in her official capacity as Clerk of the Circuit Court of St. Louis County, Missouri; and **KATHY S. LLOYD**, in her official capacity as State Courts Administrator for the Missouri Office of State Courts Administrator, <br><br> Defendants. | Case No: 21-cv-00286-HEA |

## PLAINTIFF COURTHOUSE NEWS SERVICE'S MOTION FOR PRELIMINARY INJUNCTION

Plaintiff Courthouse News Service hereby moves this Court for a preliminary injunction against Defendants Joan M. Gilmer, in her official capacity as Clerk of the Circuit Court of St. Louis County, Missouri ("Clerk"), and Kathy S. Lloyd, in her official capacity as State Courts Administrator for the Missouri Office of State Courts Administrator ("Administrator"), together with the Clerk's and Administrator's offices and their respective agents, successors, employees, and others under their control, prohibiting them preliminarily, during the pendency of this action, from refusing to make newly-filed nonconfidential civil petitions available to the public and press

until after such petitions are processed or accepted, and further directing them to make such petitions accessible to the press and public in a contemporaneous manner upon receipt.

This motion is based on the Complaint filed by Courthouse News on March 5, 2021 (Dkt. 1), the supporting memorandum of law filed contemporaneously herewith, the declarations of William Girdner and Joseph Harris accompanying same, and all other papers and evidence filed in support of this motion.

Date:   April 5, 2021

Respectfully submitted,

BRYAN CAVE LEIGHTON PAISNER LLP

By: /s/ *Jonathan G. Fetterly*

J. Bennett Clark (MO #30907)
Herb Giorgio (MO #58524)
Jason S. Meyer (MO #64030)
211 N. Broadway, Suite 3600
St. Louis, Missouri 63102
Tel. (314) 259-2000
Fax (314) 259-2020
ben.clark@bclplaw.com
herb.giorgio@bclplaw.com
jason.meyer@bclplaw.com

*Admitted Pro Hac Vice*:

Rachel Matteo-Boehm (CA #195492)
Katherine A. Keating (CA # 217908)
Jonathan G. Fetterly (CA #228612)
Three Embarcadero Center, 7th Floor
San Francisco, CA 94111
Tel. (415) 675-3400
Fax (415) 675-3434
rachel.matteo-boehm@bclplaw.com
katherine.keating@bclplaw.com
jon.fetterly@bclplaw.com

*Attorneys for Plaintiff*
*Courthouse News Service*