IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| COURTHOUSE NEWS SERVICE, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 4:21-CV-00286-HEA |
| JOAN M. GILMER, et al., | ) |
| Defendants. | ) |

## MOTION TO DISMISS

Defendants Joan Gilmer and Kathy Lloyd move to dismiss this civil action under Fed. R. Civ. P. 12, asserting both that Plaintiff has failed to state a claim upon which relief can be granted and that this Court should abstain from exercising jurisdiction over this case. The reasons this civil action should be dismissed have been set forth in Defendants' Memorandum in Support of Motion to Dismiss and Defendants' Memorandum in Opposition to Plaintiff's Motion for Preliminary Injunction both filed this same day.

Accordingly, Defendants respectfully request that the Court dismiss this civil action with prejudice.

Respectfully submitted,

ERIC S. SCHMITT
Attorney General

        */s/ D. Ryan Taylor*
        D.RYAN TAYLOR
        Assistant Attorney General
        Missouri Bar No. 63284
        Fletcher Daniels State
        Office Building
        615 E. 13th Street, Suite 401
        Kansas City, MO 64106
        Phone: (816) 889-5008
        Fax: (573) 751-4323
        ryan.taylor@ago.mo.gov

        /s/ *Gerald Jackson*
        Assistant Attorney General
        Missouri Bar No. 66995
        P.O. Box 899
        Jefferson City, MO 65102
        Telephone: 573-751-7493
        Facsimile: 573-751-5660
        Gerald.jackson@ago.mo.gov

## CERTIFICATE OF SERVICE

     The undersigned hereby certifies that on May 3, 2021, a true and accurate copy of the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system to all entered parties.

        */s/ D. Ryan Taylor*
        Assistant Attorney General