# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 21-2632

Courthouse News Service

Appellant

v.

Joan M. Gilmer, in her official capacity as the Clerk of the Circuit Court of St. Louis County, Missouri and Kathy Lloyd, in her official capacity as State Courts Administrator for the Missouri Office of State Courts Administrator

Appellees

---

Appeal from U.S. District Court for the Eastern District of Missouri - St. Louis
(4:21-cv-00286-HEA)

---

**MANDATE**

In accordance with the opinion and judgment of September 19, 2022, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

October 11, 2022

Clerk, U.S. Court of Appeals, Eighth Circuit
_____
    /s/ Michael E. Gans