# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| COURTHOUSE NEWS SERVICE, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 4:21-CV-00286 |
| JOAN M. GILMER, *et al.*, | ) |
| Defendants. | ) |

## SUBSTITUTION OF COUNSEL

Jason K. Lewis hereby notifies the Court of a substitution of counsel for Defendants, Joan M. Gilmer and Kathy S. Lloyd, in this matter and enters his appearance for Defendants. Please remove Assistant Attorney General Gerald Jackson as counsel for Defendants. Please direct all future pleadings, notices, and correspondence related to this matter to Jason Lewis at the contact information below.

Respectfully submitted,

**ERIC S. SCHMITT**
Missouri Attorney General

*/s/ Jason K. Lewis*
Jason K. Lewis, #66725
Assistant Attorney General
P.O. Box 861
St. Louis, MO 63188
Telephone:  (314) 340-7832
Jason.lewis@ago.mo.gov

*Counsel for Defendant*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this 23rd day of November, 2022, a true and accurate copy of the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system to all entered parties.

*/s/ Jason K. Lewis*