IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| **COURTHOUSE NEWS SERVICE**,<br><br>        Plaintiff,<br><br>    v.<br><br>**JOAN M. GILMER**, in her official capacity as Clerk of the Circuit Court of St. Louis County, Missouri; and **KATHY S. LLOYD**, in her official capacity as State Courts Administrator for the Missouri Office of State Courts Administrator,<br><br>        Defendants. | Case No: 21-cv-00286-HEA |

## JOINT STATUS REPORT

Plaintiff Courthouse News Service and Defendants Joan M. Gilmer, in her official capacity as Clerk of the Circuit Court of St. Louis County, Missouri, and Kathy S. Lloyd, in her official capacity as State Courts Administrator for the Missouri Office of State Courts Administrator, jointly provide the following status report as requested in this Court's February 9, 2024 Order [Doc. 86]:

    1.  The Office of State Courts Administrator (OSCA) is working to develop the auto-case create functionality. OSCA has formed a project team and has been holding design meetings. Design meetings are collaborative discussions including software engineers/programmers, IT managers, and sometimes end-users, to discuss and plan the architecture, functionality, and user experience of a software application or system. These meetings typically occur during the early stages of a project and continue throughout its development life-cycle. The next milestone will include presenting updated concept documents to CMOT (Case Management Oversight Team). This is anticipated to occur in early summer, such as June or July. While the auto-case create functionality is still early in the development process, OSCA believes that it is on track to

commence the pilot project no later than the end of the First Quarter of 2025, which is the deadline set by the parties' settlement agreement.

2. Defendants are willing to provide any additional milestone updates as requested by this Court. If so, Defendants anticipate having additional material updates by August 2024.

ANDREW BAILEY
Attorney General

By: /s/ *Jason K. Lewis*
Jason Lewis (MO # 66725)
General Counsel
Missouri Attorney General's Office
Post Office Box 861
St. Louis, Missouri 63188
Tel. (314) 340-3420
Email : Jason.lewis@ago.mo.gov

*Attorneys for Defendants Joan M. Gilmer and Kathy S. Lloyd*

Respectfully submitted,

BRYAN CAVE LEIGHTON PAISNER LLP

By: /s/ *Katherine A. Keating*
J. Bennett Clark (MO #30907)
211 N. Broadway, Suite 3600
St. Louis, Missouri 63102
Tel. (314) 259-2000 | Fax (314) 259-2020
ben.clark@bclplaw.com

*Admitted Pro Hac Vice*:
Katherine A. Keating (CA # 217908)
Jonathan G. Fetterly (CA #228612)
Three Embarcadero Center, 7th Floor
San Francisco, CA 94111
Tel. (415) 675-3400 | Fax (415) 675-3434
katherine.keating@bclplaw.com
jon.fetterly@bclplaw.com

*Attorneys for Plaintiff*
*Courthouse News Service*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on April 17, 2024, a true and accurate copy of the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system to all entered parties.

*/s/ Jason K. Lewis*