IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| **COURTHOUSE NEWS SERVICE**,<br><br>                             Plaintiff,<br><br>        v.<br><br>**JOAN M. GILMER**, in her official capacity as Clerk of the Circuit Court of St. Louis County, Missouri; and **KATHY S. LLOYD**, in her official capacity as State Courts Administrator for the Missouri Office of State Courts Administrator,<br><br>                            Defendants. | Case No: 4:21-cv-00286-HEA |

**JOINT STATUS REPORT**

Plaintiff Courthouse News Service and Defendants Joan M. Gilmer, in her official capacity as Clerk of the Circuit Court of St. Louis County, Missouri, and Kathy S. Lloyd, in her official capacity as State Courts Administrator for the Missouri Office of State Courts Administrator, jointly provide the following status report as requested in this Court's April 19, 2024 Order [Doc. 88]:

1.      The Office of State Courts Administrator (OSCA) is continuing to develop the auto-case create functionality. The project team continues to meet regularly and work to create the functionality. Some components of the functionality are in the development phase, while other components have moved from development into the test phases. Depending on test results, a component may go back to development, or progress to the next test phase. OSCA will continue analysis, development, and testing until the pilot project begins. OSCA believes that it remains on track to commence the pilot project consistent with the deadline set by the settlement agreement.

1

2. OSCA did recently experience a significant electrical event at a data center. The impact of the event was significant, and some of the impact remains ongoing. At this time, OSCA does not anticipate that the event will prevent OSCA from meeting its deadlines under the settlement agreement. However, the full impact of the event is still being assessed, and the known severity of the event was such that the Court and the parties should be aware.

3. OSCA believes that it is on track to commence the pilot project no later than the end of the First Quarter of 2025, which is the deadline set by the parties' settlement agreement.

4. Defendants are willing to provide any additional milestone updates as requested by this Court. If so, Defendants anticipate having additional material updates by December 2024.

ANDREW BAILEY
Attorney General

By: /s/ *Jason K. Lewis*
Jason Lewis (MO # 66725)
General Counsel
Missouri Attorney General's Office
Post Office Box 861
St. Louis, Missouri 63188
Tel. (314) 340-3420
Email : Jason.lewis@ago.mo.gov

*Attorneys for Defendants Joan M. Gilmer and Kathy S. Lloyd*


Respectfully submitted,

BRYAN CAVE LEIGHTON PAISNER LLP

By: /s/ *Katherine A. Keating*
J. Bennett Clark (MO #30907)
211 N. Broadway, Suite 3600
St. Louis, Missouri 63102
Tel. (314) 259-2000 | Fax (314) 259-2020
ben.clark@bclplaw.com

*Admitted Pro Hac Vice*:
Katherine A. Keating (CA # 217908)
Jonathan G. Fetterly (CA #228612)
Three Embarcadero Center, 7th Floor
San Francisco, CA 94111
Tel. (415) 675-3400 | Fax (415) 675-3434
katherine.keating@bclplaw.com
jon.fetterly@bclplaw.com

*Attorneys for Plaintiff*
*Courthouse News Service*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on August 13, 2024, a true and accurate copy of the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system to all entered parties.

*/s/ Jason K. Lewis*

3